■ Marsha Hausman, Appellant, v Howard Hausman, Respondent. [620 NYS2d 266] —Appeal by the plaintiff from an order of the Supreme Court, Suffolk County (Berler, J.), dated April 28, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Berler at the Supreme Court. Thompson, J. P., Miller, O'Brien, Santucci and Joy, JJ., concur.